Bankruptcy Case No. 14-11207-BFK

Adversary Proceeding No. 14-01105

# CERTIFICATE OF SERVICE

I, James L. Heiberg _____, certify that I am, and at all times during the service of process was, not less than
   (name)
18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 11, 2014 _____ by:
                                                       (date)

X   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Jeffrey Daniel Wismer                         Richard G. Hall, Esq.
    2000 S. Eads Street, Apt. 218                 7369 McWhorter Place, Suite 412
    Arlington, VA 22202                           Annandale, VA 22003

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


___ Residence Service: By leaving the process with the following adult at:


___ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


___ Publication: The defendant was served as follows: [Describe briefly]


___ State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                              (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

          6/11/2014                           s/ James L. Heiberg
            Date                                         Signature

**Print Name**

James L. Heiberg, Esq. - Law Offices of Jonathan Gelber, PLLC

**Business Address**

200 Park Washington Court, First Floor, Falls Church, VA 22046
 City                          State               Zip

[ver. 05/02]