IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Debtor | : | **Case No. 14-11207-BFK** |
| | : | **(Chapter 7)** |
| .... .... .... .... .... .... | : | |
| | : | |
| **CHISTOPHER ARNTZEN** | : | |
| | : | |
| Plaintiff | : | |
| | : | **Adv. No. 14-01105-RGM** |
| v. | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Defendant | : | |

## ANSWER

COMES NOW JEFFERY DANIEL WISMER, by counsel, and answers the complaint filed herein as follows:

1. The allegations in paragraphs 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 16.

2. The allegations in paragraphs 17, 18, 19, and 20 are denied.

3. The allegations in paragraph 4 are a legal conclusion for which no response is required. However, to the extent that a response is necessary, they are denied.

    4. Paragraph 15 merely repeats the prior numbered paragraphs which have already been answered and no further response to those allegations is necessary.

    WHEREFORE the debtor prays that the complaint filed herein be dismissed and that he recover his costs and a reasonable attorney's fee pursuant to 11 U.S.C. 523(d), and for such other relief as may be needed.

                                          Jeffery Daniel Wismer
                                          by counsel

/s/ Richard G. Hall
Counsel for the Defendant
7369 McWhorter Place, Suite 412
Annandale, Virginia 22003
(703) 256-7159
VA Bar No. 18076


                        CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2014 a copy of this Answer was mailed to Christopher Arntzen, c/o James L. Heiberg, at The Law Offices of Jonathan Gelber, PLLC, 201 Park Washington Court, First Floor, Falls Church, Virginia 22046.

                                          /s/ Richard G. Hall