# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re                                                                   Case No. _____

 

                                                          Chapter _____

Debtor(s)

 

Plaintiff(s)                                                Adv. Pro. No. _____

v.

Defendant(s)

**EXHIBIT LIST FOR**

_____

| Exhibit Number/Alphabet | Identified | Admitted | Description |
|---|---|---|---|

*[Note: Additional pages of this Exhibit List need not contain the full caption.]*

[ver. N-01/01/97]