**ExhibitNumber**　　　**Identified Admitted**　　　**Description**

| | |
|---|---|
| 13. | April 21, 2010 message from Jeffrey Wismer. |
| 14. | IG Investigation of Jeffrey Wismer dated May, 2010. |
| 15. | "Atheist Pope" website postings by Jeffrey Wismer. |
| 16. | First Amended Complaint. |
| 17. | Verdict Form. |
| 18. | Final Order Jury Trial. |
| 19. | Jury Instruction 6A. |
| 20. | Jury Instruction 9. |
| 21. | Jury Instrruction 10A. |
| 22. | Jury Instruction 11. |
| 23. | Jury Instruction 12. |
| 24. | Jury Instruction 12A. |
| 25. | Jury Instruction 14. |
| 26. | Jury Instruction 25. |

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Chrisopher Arntzen,
　　　　　　　　　　　　　　　　　　　by Counsel

_____/s/_____
James L. Heiberg, Esq.
VSB: 34250
Attorney for Christopher Arntzen
Law Offices of Jonathan Gelber, PLLC
201 Park Washington Court, First Floor
Falls Church, Virginia 22046
Phone: 703.237.1200
Fax: 703.237.2775
JHeiberg@northernvirginialitigator.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **Friday, October 31, 2014**, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following: Richard G. Hall, Esq., counsel for Defendant at 7369 McWhorter Place, Suite 412, Annandale, Virginia  22003.
   .

                                                             _____/s/_____
                                                 James L. Heiberg, Esq.
                                                 Virginia Bar Number 34250
                                               Attorney for Christopher Arntzen
                                               Law Offices of Jonathan Gelber, PLLC
                                               201 Park Washington Court, First Floor
                                               Falls Church, Virginia 22046
                                               Phone: 703.237.1200
                                               Fax: 703.237.2775
                                               JHeiberg@northernvirginialitigator.com