UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ---------------------------------------------- ) | |
| IN RE: ) | |
| ) | |
| JEFFREY DANIEL WISMER, ) | Case No. 14-11207-BFK |
| ) | |
| Debtor. ) | |
| ---------------------------------------------- ) | Chapter 7 |
| CHRISTOPHER ARNTZEN ) | |
| ) | |
| Plaintiff, ) | **ADVERSARY PROCEEDING** |
| -against- ) | |
| ) | |
| JEFFREY DANIEL WISMER, ) | Adv. Proc. No.:  14-01105-BFK |
| ) | |
| Defendant. ) | |
| ---------------------------------------------- ) | |

## PLAINTIFF CHRISTOPHER ARNTZEN'S WITNESS LIST

COME NOW, Plaintiff, Christopher Arntzen, by counsel, pursuant to this Court's Initial Scheduling Order of June 9, 2014 and the Local Rules of this Court, identifies the following individuals as potential witnesses for trial in this case:

1. Christopher Arntzen.

Plaintiff reserves the right to call and lists by reference any witness on opposing counsel's Witness List without adopting same. The Plaintiff also reserves the right to amend this list should a modification be appropriate due to further discovery responses from Defendant.

Law Offices of Jonathan Gelber, PLLC
Jonathan S. Gelber, Esquire (VSB #23992)
James L. Heiberg, Esquire (VSB # 34250)
201 Park Washington Court, First Floor
Falls Church, Virginia 22046
Tel: 703-237-1200
Counsel for Christopher Arntzen

                                        Respectfully submitted,
                                        Chrisopher Arntzen,
                                        by Counsel

_____/s/_____
James L. Heiberg, Esq.
VSB: 34250
Attorney for Christopher Arntzen
Law Offices of Jonathan Gelber, PLLC
201 Park Washington Court, First Floor
Falls Church, Virginia 22046
Phone: 703.237.1200
Fax: 703.237.2775
JHeiberg@northernvirginialitigator.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on Friday, October 31, 2014 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following: Richard G. Hall, Esq., counsel for Defendant at 7369 McWhorter Place, Suite 412, Annandale, Virginia 22003.
     .

                                        _____/s/_____
                                        James L. Heiberg, Esq.
                                        Virginia Bar Number 34250
                                        Attorney for Christopher Arntzen
                                        Law Offices of Jonathan Gelber, PLLC
                                        201 Park Washington Court, First Floor
                                        Falls Church, Virginia 22046
                                        Phone: 703.237.1200
                                        Fax: 703.237.2775
                                        JHeiberg@northernvirginialitigator.com