```
               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                        Alexandria Division

In Re:                              :
                                    :
JEFFERY DANIEL WISMER               :
                                    :
        Debtor                      :    Case No. 14-11207-BFK
                                    :           (Chapter 7)
.... .... .... .... .... ....       :
                                    :
CHISTOPHER ARNTZEN                  :
                                    :
        Plaintiff                   :
                                    :    Adv. No. 14-01105-BFK
v.                                  :
                                    :
JEFFERY DANIEL WISMER               :
                                    :
        Defendant                   :
```

## DEFENDANT'S EXHIBIT LIST

COMES NOW the defendant, JEFFERY WISMER, and submits the following list of exhibits:

Exhibit A   Deposition of Christopher Arntzen, Taken on
            April 19, 2013

Exhibit B   Deposition oif Shelly Montjoy, Taken on
            July 26, 2011

Exhibit C   Deposition of Shelly Montjoy, Taken on
            September 22, 2011


                                        JEFFERY DANIEL WISMER
                                        By counsel

/s/ Richard G. Hall
RICHARD G. HALL, Esquire
Counsel for the defendant
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
(703)256-7159
VAB #18076


Certificate of Service

    I HEREBY CERTIFY that on November 18, 2014 a copy of this Exhibit List, was served via ECF on Christopher Arntzen, c/o James L. Heiberg, at The Law Offices of Jonathan Gelber, PLLC.

    /s/ Richard G. Hall