IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Debtor | : | **Case No. 14-11207-BFK** |
| | : | **(Chapter 7)** |
| .... .... .... .... .... .... | : | |
| | : | |
| **CHISTOPHER ARNTZEN** | : | |
| | : | |
| Plaintiff | : | |
| | : | **Adv. No. 14-01105-BFK** |
| v. | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Defendant | : | |

# WITNESS LIST

COMES NOW JEFFERY WISMER, and files the following list of witnesses:

1.) Jeffery Wismer

2.) Dallas Lipp

3.) Any individual identified on the plaintiff's witness list.

                                                JEFFERY WISMER
                                                by counsel

<u>/s/ Richard G. Hall</u>
RICHARD G. HALL, Esquire
Counsel for the defendant
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
(703)256-7159
VAB #18076


<u>Certificate of Service</u>

       I HEREBY CERTIFY that on November 18, 2014 a copy of this Exhibit List, was served via ECF on Christopher Arntzen, c/o James L. Heiberg, at The Law Offices of Jonathan Gelber, PLLC.

                                                      <u>/s/ Richard G. Hall</u>