**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Debtor | : | **Case No. 14-11207-BFK** |
| | : | **(Chapter 7)** |
| .... .... .... .... .... .... | : | |
| | : | |
| **CHISTOPHER ARNTZEN** | : | |
| | : | |
| Plaintiff | : | |
| | : | **Adv. No. 14-01105-BFK** |
| v. | : | |
| | : | |
| **JEFFERY DANIEL WISMER** | : | |
| | : | |
| Defendant | : | |

## OBJECTIONS TO PLAINTIFF'S EXHIBITS

COME NOW the defendant, Jeffery Daniel Wismer, by counsel and files the following objections to the Plaintiff's exhibits:

Exhibit 1    No objection

Exhibit 2    No objection

Exhibit 3    No objection

Exhibit 4    No objection

Exhibit 5    Objection: hearsay, authentication, relevance, no foundation, not disclosed pursuant to Rule 26

Exhibit 6    Objection: hearsay, authentication, relevance, no foundation, not disclosed pursuant to Rule 26

Exhibit 7    Objection: hearsay, authentication, relevance, no foundation, not disclosed pursuant to Rule 26

Exhibit 8    Objection: hearsay, authentication, relevance, no foundation, not disclosed pursuant to Rule 26

Exhibit 9     Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 10    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 11    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 12    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 13    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 14    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 15    Objection: hearsay, authentication, relevance, no
              foundation, not disclosed pursuant to Rule 26

Exhibit 16    Objection: hearsay, authentication, relevance, no
              foundation

Exhibit 17    Objection: hearsay, authentication, relevance, no
              foundation

Exhibit 18    Objection: hearsay, authentication, relevance, no
              foundation

Exhibit 19    Objection: hearsay, authentication, relevance, no
              foundation

Exhibit 20    Objection: hearsay, authentication, relevance, no
              foundation

Exhibit 21    Objection: hearsay, authentication, relevance, no
              foundation

<u>Exhibit 22</u>   Objection: hearsay, authentication, relevance, no foundation

<u>Exhibit 23</u>   Objection: hearsay, authentication, relevance, no foundation

<u>Exhibit 24</u>   Objection: hearsay, authentication, relevance, no foundation

<u>Exhibit 25</u>   Objection: hearsay, authentication, relevance, no foundation

<u>Exhibit 26</u>   Objection: hearsay, authentication, relevance, no foundation

JEFFERY DANIEL WISMER
By counsel

/s/ Richard G. Hall
RICHARD G. HALL, Esquire
Counsel for the defendant
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
(703)256-7159
VAB #18076

<u>Certificate of Service</u>

I HEREBY CERTIFY that on November 28, 2014 a copy of this Objection, along with these objections were served via ECF on Christopher Arntzen, c/o James L. Heiberg, at The Law Offices of Jonathan Gelber, PLLC.

/s/ Richard G. Hall