UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JEFFREY DANIEL WISMER | ) | Case No. 14-11207-BFK |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |
| CHRISTOPHER ARNTZEN | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 14-01105-BFK |
| JEFFREY DANIEL WISMER | ) | |
| | ) | |
| Defendant | ) | |

**ORDER SETTING HEARING**
(Joint Motion - Docket No. 23)

Upon consideration of the joint motion filed by Parties for an expedited hearing (Docket No. 23) on their Joint Motion to Continue Trial (Docket No. 22), it is

**ORDERED:**

1. The motion for an expedited hearing is GRANTED, and a hearing on the Joint Motion to Continue Trial (Docket No. 22) shall be held on **Tuesday, December 16, 2014, at 9:30 a.m.** in Courtroom III, 3rd floor, 200 So. Washington Street, Alexandria, Virginia.  Counsel for the Defendant has given notice of this hearing (Docket No. 24).

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Dec 11 2014
_____

Alexandria, Virginia

/s/ Brian F. Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

eod 12/12/2014 sas

Copies to:

James Lewis Heiberg, Esquire
201 Park Washington Court, First Floor
Falls Church, VA   22046
*Counsel for the Plaintiff*

Richard G. Hall, Esquire
7369 McWhorter Place
Suite 412
Annandale, VA   22003
*Counsel for the Defendant*