# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JEFFREY DANIEL WISMER, ) | Case No. 14-11207-BFK |
| ) | |
| Debtor. ) | |
| ) | Chapter 7 |
| CHRISTOPHER ARNTZEN ) | |
| ) | |
| Plaintiff, ) | |
| -against- ) | |
| ) | |
| JEFFREY DANIEL WISMER, ) | Adv. Proc. No. 14-01105-BFK |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER FINDING JUDGMENT NON-DISCHARGABLE

**THIS MATTER** having come before this Honorable Court upon the trial of Plaintiff Christopher Arntzen's Complaint for Non-Dischargability of Debt Pursuant to 11 U.S.C. § 523(a)(6) (Docket No. 1) on December 19, 2014, and after consideration of the testimony of the parties and the arguments of counsel, for those reasons stated from the bench, the Plaintiff has met his burden by a preponderance of the evidence and it is

**ORDERED** that the judgment of the Fairfax County Circuit Court (Case No.: CL12-9756) in favor of the Plaintiff against the Defendant, Jeffrey Daniel Wismer, is non-dischargable under 11 U.S.C. § 523(a)(6).

Date: Dec 23 2014

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
U.S. Bankruptcy Judge

Entered on Docket: 12/29/2014 sas

I ASK FOR THIS:


\_\_\_/s/_____
James L. Heiberg, Esq.
VSB:  34250
Law Offices of Jonathan Gelber, PLLC
201 Park Washington Court, First Floor
Falls Church, Virginia 22046
Phone: 703.237.1200
Fax: 703.237.2775
JHeiberg@northernvirginialitigator.com
Counsel for Christopher Arntzen


SEEN:


\_\_\_/s/_____
Richard G. Hall, Esq.
VSB:  18076
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
Phone:  703.256.7159
richard.hall33@verizon.net
Counsel for Jeffrey Daniel Wismer

<u>Local Rule 9022-1(C) Certification</u>

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


___/s/_____
James L. Heiberg

**PARTIES TO RECEIVE COPIES**

James L. Heiberg, Esq.
Law Offices of Jonathan Gelber, PLLC
201 Park Washington Court, First Floor
Falls Church, Virginia 22046
JHeiberg@northernvirginialitigator.com

Richard G. Hall, Esq.
7369 McWhorter Place, Suite 412
Annandale, Virginia  22003
richard.hall33@verizon.net